UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN MEIZLIK<br><br>                   Plaintiff,<br><br>     v.<br><br>SOUTHWEST AIRLINES, INC.;<br>BOEING COMPANY;<br>BOEING COMMERCIAL AIRPLANES;<br>CFM INTERNATIONAL, INC.;<br>GE AVIATION, LLC; and<br>SAFRAN USA, INC.<br><br>                   Defendants. | Civil Action No. 2:18-CV-4084-GAM |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice.

**MESSA & ASSOCIATES, P.C.**

*/s/ Thomas N. Sweeney*
Thomas N. Sweeney
123 South 22nd Street
Philadelphia, PA 19103
*Counsel for Plaintiff*

APPROVED BY THE COURT:

  /s/ Gerald Austin McHugh
United States District Court            7/08/21